# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE ANN FERNANDEZ, | NO. ED CV 12-1851 SJO (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CA DEPT. OF CORRECTIONS, et al., | |
| Respondents. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: November 1, 2012.

_S. James Otero_
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE